Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE A. HART,<br><br>          Plaintiff,<br><br>     v.<br><br>AVNET, INC.; DOES 1 Through 30, inclusive,<br><br>          Defendants. | Case No. CV 00-2295 ER (MCx)<br><br>ORDER FOR SUBSTITUTION OF ATTORNEY |

[1] The Court HEREBY GRANTS plaintiff Leslie A. Hart's request to substitute Tom Moser, A Law Corporation, as her counsel in place of Leslie A. Hart, in pro per.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax, copies of this Order on counsel for the parties in this matter.

Dated: SEP 1 5 2000



_____
EDWARD RAFEEDIE
Senior United States District Judge