1 | JANET I. SWERDLOW, State Bar No. 155396
CHINHAYI J. COLEMAN, State Bar No. 194542
2 | SWERDLOW FLORENCE SANCHEZ & RATHBUN
A Law Corporation
3 | 9401 Wilshire Boulevard, Suite 828
Beverly Hills, California 90212-2921
4 | (310) 201-4700

5 | Attorneys for Defendant, AVNET, INC.

6 | TOM MOSER, State Bar No. 72028
TOM MOSER, A LAW CORPORATION
7 | 5707 Corsa Avenue, Suite 106
Westlake Village, CA 91362-4058
8 | (818) 735-9970

9 | Attorneys for Plaintiff, LESLIE A. HART

**FILED**
CLERK, U.S. DISTRICT COURT
DEC 15 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC - 6 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LESLIE A. HART,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AVNET, INC., a New York corporation;<br>DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | CASE NO. 00-02295 ER (Mcx)<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFF LESLIE HART'S SECOND AND SIXTH CAUSES OF ACTION<br><br>Judge:　　　　The Honorable<br>　　　　　　　Edward Rafeedie<br><br>Trial Date:　　February 15, 2001<br>Discovery<br>　Cutoff Date:　January 15, 2001<br>Motion Filing<br>　Cutoff Date:　February 11, 2001 |

　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff Leslie Hart's Second Cause of Action for Violation of

ENTER ON ICMS

DEC 18 2000

ORIGINAL

18-PL\3201T 007

1  the Fair Employment and Housing Act (Gov. Code § 12941) and Plaintiff Leslie Hart's
2  Sixth Cause of Action for Unfair Business Practices be dismissed with prejudice. Each side
3  is to bear its own costs and attorneys' fees.

JANET I. SWERDLOW
CHINHAYI J. COLEMAN
SWERDLOW FLORENCE
SANCHEZ & RATHBUN
A Law Corporation

Dated: December 1, 2000      By: _____
                                  CHINHAYI J. COLEMAN
                                  Attorneys for Defendant AVNET, INC.


TOM MOSER
TOM MOSER, A LAW CORPORATION

Dated: December 4, 2000      By: _____
                                  TOM MOSER
                                  Attorneys for Plaintiff, LESLIE A. HART


IT IS SO ORDERED.

Dated: DEC 1 5 2000          By: _____
                                  EDWARD RAFEEDIE
                                  Senior United States District Judge